IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife,<br><br>     Plaintiffs,<br><br>  v.<br><br>GEICO DIRECT, t/a GEICO GENERAL<br>INSURANCE COMPANY,<br><br>     Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO. |

## NOTICE OF REMOVAL

The defendant, GEICO Direct, t/a GEICO General Insurance Company (hereinafter "GEICO"), by their counsel, hereby file this Notice of Removal, to remove the present action to the United States District Court for the District of Delaware, and aver as follows:

1.    The plaintiffs in the present action are Harry Coutz and Jennifer Coutz (hereinafter, "plaintiffs"); they are citizens of the State of Pennsylvania, residing at 219 Bordan Drive, Leesport, PA 19533.

2.    The defendant, GEICO, is a Maryland corporation.

3.    The plaintiffs filed a Complaint presenting two counts.  Plaintiffs' Count I is for unreasonable and bad faith refusal to pay underinsured motorist benefits pursuant to plaintiffs' automobile insurance policy with GEICO.  The aforesaid policy provides underinsured motorist coverage of $100,000.00 per person and $300,000 per accident.  In addition to compensatory damages, plaintiffs also seek punitive damages and attorneys fees.

4.    Count II is for Loss of Consortium.

5.    On or about November 19, 2007, plaintiffs filed their Complaint in the Superior Court of

1

the State of Delaware in and for New Castle County at Case Number 07C-11-145 SCD. On or about December 11, 2007, plaintiffs served on the defendant, GEICO, the Complaint by serving the Delaware Insurance Commissioner as GEICO's statutory agent for service of process. (A copy of the Service of Process Transmittal Form is attached to the front of the Complaint, with both documents attached hereto as Exhibit "A".) GEICO received the actual copy of the Complaint on December 15, 2007. (A copy of the Complaint with the stamped date of receipt by GEICO is attached hereto as Exhibit "B".)

6.      Diversity is complete.

7.      The amount in controversy for the plaintiffs is the $100,000.00 in demanded underinsured motorist coverage and punitive damages in an undetermined amount; and, this amount in controversy exceeds the $75,000.00 statutory minimum of 28 U.S.C. § 1332(a).

8.      Jurisdiction in the present case is based upon diversity of citizenship in accordance with 28 U.S.C. § 1332, which provides: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different States." 28 U.S.C. § 1332(a)(1).

9.      Removal in the present action is appropriate pursuant to 28 U.S.C. § 1441.

10.     This Notice to Remove is being filed in a timely manner, within the applicable thirty (30) days of service and receipt of the Civil Action Complaint upon which the claims for relief upon which the action is based.

11.     Written notice of the filing of this Notice of Removal is being given to all adverse parties as required by 28 U.S.C. §1446(d).

12.     A Certified copy of this Notice of Removal will be filed with the Clerk of the Superior

Court of the State of Delaware in and for New Castle County, as provided by 28 U.S.C. §

1446(d); and, pursuant to 28 U.S.C. § 1446(a), there is filed herewith and by reference made a

part hereof, a true and correct copy of all process, pleadings and orders served upon GEICO in

this action.

WHEREFORE, the defendant, GEICO Direct, t/a GEICO General Insurance Company,

respectfully requests that the action in the Superior Court of the State of Delaware in and for

New Castle County be removed to the United States District Court for the District of Delaware.

SWARTZ CAMPBELL LLC

Nicholas E. Skiles, Esquire (I.D. 3777)
Michael B. Galbraith, Esquire (I.D. 4860)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendant GEICO Direct, t/a
GEICO General Insurance Company

Dated: 1/15/2008

3

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY E. COUTZ, and JENNIFER COUTZ, his wife, | CIVIL ACTION |
| Plaintiffs, | |
| v. | |
| GEICO DIRECT, t/a GEICO GENERAL INSURANCE COMPANY, | NO. |
| Defendant. | |

## PRAECIPE

TO THE PROTHONOTARY OF THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY:

Attached please find a certified copy of the Notice to Removal, the original of which has

been filed in the United States District Court for the District of Delaware, divesting this Court of

further jurisdiction in this matter.

Respectfully submitted,

SWARTZ CAMPBELL LLC

Nicholas E. Skiles, Esquire (I.D. 3777)
Michael B. Galbraith, Esquire (I.D. 4860)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendant GEICO Direct, t/a
GEICO General Insurance Company

Dated: 1/15/2008

EFiled: Jan 8 2008 5:05P
Transaction ID 17948227
Case No. 07C-11-145 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and JENNIFER COUTZ | ) | C. A. NO.: 07C-11-145 SCD |
| | ) | |
| Plaintiffs | ) | |
| | ) | ARBITRATION CASE |
| v. | ) | |
| | ) | |
| GEICO DIRECT, t/a GEICO GENERAL | ) | |
| INSURANCE COMPANY | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Nicholas E. Skiles, Esquire of Swartz Campbell LLC, as attorney

for Defendant GEICO Direct, t/a GEICO General Insurance Company, in the above-referenced case.

This Entry of Appearance shall not constitute a waiver of any and all defenses based upon services of

process and personal jurisdiction.

SWARTZ CAMPBELL LLC


/s/ Nicholas E. Skiles, Esquire
Nicholas E. Skiles, Esquire (DE ID #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
Attorneys for Defendant GEICO Direct t/a GEICO
General Insurance Co.

Dated: January 8, 2008

EFiled: Jan  8 2008 5:05PM EST
Transaction ID 17948227
Case No. 07C-11-145 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and JENNIFER COUTZ | ) | C. A. NO.: 07C-11-145 SCD |
| | ) | |
| Plaintiffs | ) | ARBITRATION CASE |
| | ) | |
| v. | ) | |
| | ) | |
| GEICO DIRECT, t/a GEICO GENERAL | ) | TRIAL BY JURY OF |
| INSURANCE COMPANY | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this 8th day of January, 2008, I electronically filed this Entry of Appearance with respect to GEICO Direct t/a GEICO General Insurance Company, with the Clerk of the Court using Lexis/Nexis File and Serve which will send notification of such filing(s) to the following:

Antonia A. Bevis, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

SWARTZ CAMPBELL LLC

/s/ Nicholas E. Skiles, Esquire
Nicholas E. Skiles, Esquire (DE ID #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
Attorneys for Defendant GEICO Direct t/a
GEICO General Insurance Company

EXHIBIT A



Matthew Denn
Insurance Commissioner

Department of Insurance
841 Silver Lake Blvd.
Dover, DE 19904-2465
(302) 674-7300
(302) 739-5280 fax

*0166345 09. 0101-022*
*J391*

DECEMBER 12, 2007

**VIA CERTIFIED MAIL (70070710000490622611)**
**RETURN RECEIPT REQUESTED**

NANCY PIERCE
GEICO GENERAL INSURANCE COMPANY
ONE GEIGO BLVD
FREDERICKSBURG, VA  22412

RE:  HARRY E. COUTZ, et. al. V. GEICO DIRECT, t/a GEICO GENERAL
INS. CO.
    C.A. NO. 07C-11-145 SCD

Dear MS. PIERCE:

Pursuant to 18 <u>Del</u>. <u>C</u>. § 525, the Delaware Insurance Commissioner was
served with the enclosed legal process on DECEMBER 11, 2007.

**Please do not send your response to the enclosed documentation
to the Delaware Insurance Department.  Instead, you should
respond directly to the person or legal representative identified
in the enclosed legal process.**

Sincerely,

*Georgia Oxford*

Georgia Oxford
Administrative Specialist II

Enclosure
cc: ANTONIA S. BEVIS

EFiled: Nov 19 2007  9:02
Transaction ID 17287649
Case No. 07C-11-145 SCD

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | ARBITRATION CASE |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | TRIAL BY JURY OF 12 |
| GENERAL INSURANCE COMPANY, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

## P R A E C I P E

TO: PROTHONOTARY

      PLEASE ISSUE SUMMONS to the Sheriff of Kent County for service of the Complaint and Form 30's upon the Defendant Geico General Insurance Company through the Delaware Insurance Commissioner, 841 Silver Lake Boulevard, Dover DE 19901, pursuant to 18 Del.C. §524.

> /s/Antonia S. Bevis # 3379
> Ferrara, Haley, Bevis & Collins
> Attorney for Plaintiffs
> 1716 Wawaset Street
> P. O. Box 188
> Wilmington, DE 19899

DATE: November 19, 2007

EFiled: Nov 19 2007 9:02 ...EST.
Transaction ID 17287649
Case No. 07C-11-145 SCD

SUMMONS

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
# IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| v. | ) | **SUMMONS** |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | |
| GENERAL INSURANCE COMPANY, | ) | |
| | ) | |

Defendant.

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Antonia S. Bevis, plaintiff's attorney, whose address is 1716 Wawaset Street, P. O. Box 188, Wilmington, DE 19899, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 11/27/07

**SHARON AGNEW** Prothonotary

Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary

Per Deputy

Rev 5/21-3

EFiled: Nov 19 2007 9:02AM EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

**SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY:  **N  K  S**        CIVIL ACTION NUMBER: _____
CIVIL CASE CODE: **CPIA** _____        CIVIL CASE TYPE: <u>PERSONAL INJURY AUTO</u>

| CAPTION:<br><br><u>HARRY COUTZ and JENNIFER COUTZ, his</u><br><u>wife.</u><br><br>_____ Plaintiffs.<br><br>_____ v. _____<br><br><u>GEICO DIRECT.</u><br><br>_____ Defendant. | NAME AND STATUS OF PARTY FILING DOCUMENT:<br>HARRY COUTZ and JENNIFER COUTZ., his wife,<br> PLAINTIFFS <br>Document Type: (e.g., Complaint, Answer with Counterclaim)<br><u>COMPLAINT</u><br><br>Non-Arbitration ___        eFile<br>(Certificate of Value may be required)<br><br>Arbitration <u>X</u> Mediation__ Neural Assessment<br>Defendant (Circle One)  **ACCEPT   REJECT**<br><br>JURY DEMAND  Yes <u>X</u>    No<br><br>TRACK ASSIGNMENT REQUESTED:<br>EXPEDITED   <u>STANDARD</u>   COMPLEX |
| ATTORNEY NAME(S):<br><br><u>ANTONIA S. BEVIS. ESQUIRE</u><br><br>ATTORNEY ID(S):<br><br><u>#3379</u><br><br>FIRM NAME:<br><br><u>Ferrara. Haley. Bevis & Collins</u><br><br>ADDRESS:<br><br><u>1716 Wawaset Street</u><br><br><u>P. O. Box 188</u><br><u>Wilmington, DE  19899-0188</u><br><br>TELEPHONE NUMBER:<br><br><u>302+656-7247</u><br><br>FAX NUMBER:<br><br><u>302+656-8053</u><br><br>E-MAIL ADDRESS:<br><u>abevis@ferraralaw.net</u> | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br>_____<br>_____<br>_____<br>_____<br><br><u>EXPLAIN THE</u><br>RELATIONSHIP(S):_____<br>_____<br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE<br>MANAGEMENT:_____<br>_____<br><br>(If Additional Space is needed, please attach pages) |

EFiled: Nov 19 2007  9:02...EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | ARBITRATION CASE |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | TRIAL BY JURY OF 12 |
| GENERAL INSURANCE COMPANY, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

## C O M P L A I N T

### COUNT I

1.  Plaintiffs are residents of the State of Pennsylvania.

2.  Defendant Geico General Insurance Company is a corporation doing business in the State of Delaware and may be served by serving the Insurance Commissioner of the State of Delaware.

3.  On or about April 15, 2002, a vehicle operated by Plaintiff, Harry E. Coutz, was violently struck by a vehicle driven by Charles K. Hucks at Southbound I-495, 160 feet South of Terminal Avenue, Wilmington, Delaware. Charles K. Hucks operated his vehicle in a careless manner while under the influence of alcohol.

4.  The vehicle driven by Charles K. Hucks was insured by Progressive Insurance Company of California with liability limits of $15,000.00.

5.  As a direct and proximate result of this automobile accident, Plaintiff, Harry E. Coutz sustained serious and permanent injuries, including, but not limited to injuries of his neck, back and shoulder.

6.  Progressive Insurance Company paid the limits of its policy on or about May 25, 2005.

7.  At the time of the above accident, Plaintiff Harry E. Coutz was operating his vehicle

which was insured by Defendant Geico General Insurance Company with underinsured motorist coverage pursuant to 18 Del. C. §3902.

8. This vehicle was a 1998 GMC Sierra and the Geico General Insurance Company policy number insuring said vehicle is 1B4-06-75.

9. The aforesaid Geico policy was in full force and effect on April 15, 2003 and at all times pertinent, relevant and/or material hereto.

10. The aforesaid Geico policy provided uninsured/underinsured motorist coverage in the amount of $100,000.00 per person and $300,000.00 per accident.

11. Pursuant to the terms of 18 Del. C. §3902 the vehicle operated by Plaintiff is considered underinsured.

12. The Plaintiff, by and through his attorney, has made a demand against Defendant Geico General Insurance Company for underinsured motorist benefits.

13. Defendant Geico General Insurance Company has wrongfully denied underinsured motorist coverage benefits to the Plaintiff.

14. Defendant's refusal to honor its insurance policy and pay the underinsured motorist coverage benefits to Plaintiff is unreasonable and in bad faith. Defendant as a result of its unreasonableness and bad faith and wanton conduct is liable to Plaintiff for punitive damages and consequential damages and attorney's fees.

### COUNT II

15. Plaintiff, Jennifer Coutz, incorporates paragraphs 1 though 14 of Count I herein.

16. As a direct result of Defendant's negligence as aforesaid, Plaintiff, Jennifer Coutz, wife, has been denied of the companionship, society and consortium of husband, to her great determent and loss.

**WHEREFORE,** Plaintiffs demands judgment against the Defendant for compensatory damages, punitive damages, attorney's fees and costs of this action.

Ferrara, Haley, Bevis & Collins

/s/Antonia S. Bevis #3379
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0579
Attorney for Plaintiffs

Date: November 19, 2007

EFiled: Nov 19 2007 9:02 EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | ARBITRATION CASE |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | TRIAL BY JURY OF 12 |
| GENERAL INSURANCE COMPANY, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' ANSWERS TO FORM 30 INTERROGATORIES

1.  Give the name and present or last known residential and employment address and

telephone number of each eyewitness to the incident which is subject of this litigation.

**ANSWER:**

(a)      Plantiff, Harry Coutz , 219 Burdan Drive, Leesport, PA 19533, (610) 926-1408

(b)      Defendant, GEICO Insurance Company

2.  Give the name and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the

litigation.

**ANSWER:**

(a) See Answer to Interrogatory No. 1;

(b) Investigating Officer, Trooper First Class J. Lair, I.D. No. 3312, Delaware State Police,

Troop 6;

(c) Employees of the Law Firm of Michael R. Ippoliti, 824 N. Market Street, Ste. 412,

Wilmington, DE 19801 (302) 428-1400;

(d) Employees of the Law Firm of Antonia S. Bevis, 1716 Wawaset Street, P.O. Box 188,

Wilmington, DE 19899 (302) 656-7247;

(e) Dr. George Bohatiuk
    500 Christiana Medical Center
    Newark, DE 19702
    (302) 455-1007

(f) First State Orthopaedics
    Medical Arts Pavilion I
    4745 Ogletown-Stanton Rd.
    Newark, DE 19713-1338
    (302) 731-2888

(g) Dr. Roy Lerman, M.D., P.C.
    Maine Line Spine
    700 South Henderson Road,
    Suite 308C
    King of Prussia, PA 19406
    (610) 337-3111

(h) Newark Emergency Center
    P.O. Box 3012
    Wilmington, DE 19804

(i) Dr. Armar N. Gilati
    Raytel Medical Corporation
    (800) 367-1095

(j) Virginia M. Vesay, P.A.
    Schuylkill Valley Family Practice
    P.O. Box 754
    Centre & Wall Streets
    Leesport, P.A 19533
    (610) 926-5707

(k) Dr. Robert Gray
    204 South Street
    Elkton, MD 21921
    (410) 392-3311

(l) Laurie Harcrow, Claims Examiner
   GEICO Insurance Company

(m) Todd D. Bowers, Claims Representative
   Progressive Insurance Company

3.  Give the names of all persons who have been interviewed in connection with the
    above litigation, including the names and present or last known residential and
    employment addresses and telephone numbers of the persons who made said
    interviews and the names and present or last known residential and employment
    addresses and telephone numbers of person who have the original copies of the
    interview.

**ANSWER:**    The plaintiffs have been interviewed by their former attorney, Michael R.
Ippoliti, Esquire; and current attorney Antonia S. Bevis, Esquire. However, the substance
of those conversations is protected from disclosure by the attorney client privilege and/or
work product immunity.

4.  Identify all photographs, diagrams, or other representations made in connection with
    the matter in litigation, giving the name and present or last know residential and
    employment address and telephone number of the person having the original and
    copies thereof. (In lieu thereof, a copy can be attached).

**ANSWER:**    A diagram of the accident is contained in the State of Delaware Uniform
Traffic Collision Report, dated 4/15/02, prepared by Trooper First Class J. Laird.

5.  Give the name, professional address and telephone number of all expert witnesses
    presently retained by the party together with the dates of any written opinions
    prepared by the said expert. If an expert is not presently retained, describe by type
    the experts whom the party expects to retain in connection with the litigation.

**ANSWER:** No experts have been formally retained at this time. However, it is expected that medical expert(s) will be retained in the future.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including;

(a) The name and address of all companies insuring the risk;

(b) The policy number(s);

(c) The type of insurance;

(d) The amounts of primary, secondary and excess coverage.

**ANSWER:**

1. (a) GEICO Insurance Company;

(b) Claim No.: 016634509 0101 022;

(c) PIP;

(d) $100,000.00/$300,000.00.

7. Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

**ANSWER:**

Dr. George Bohatiuk
500 Christiana Medical Center
Newark, DE 19702
(302) 455-1007

Dr. Brent Noyes
First State Orthopedics
Medical Arts Pavilion I
4745 Ogletown-Stanton Road,

Suite 238
Newark, DE 19713-1338
(302) 731-2888
Dr. Roy Lerman, M.D., P.C.
Maine Line Spine
700 South Henderson Road,
Suite 308C
King of Prussia, PA 19406
(610) 337-3111

Newark Emergency Center
P.O. Box 3012
Wilmington, DE 19804

Dr. Armar N. Gilati
Raytel Medical Corporation
(800) 367-1095

Virginia M. Vesay, P.A.
Schuylkill Valley Family Practice
P.O. Box 754
Centre & Wall Streets
Leesport, P.A 19533
(610) 926-5707

Dr. Robert Gray
204 South Street
Elkton, MD 21921
(410) 392-3311

/s/ Antonia S. Bevis #3379
Ferrara, Haley, Bevis & Collins
Attorney for Plaintiffs
1716 Wawaset Street
Wilmington, DE 19899

DATE:  November 19, 2007

EFiled: Nov 19 2007  9:02
Transaction ID 17287649
Case No. 07C-11-145 SCD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife | ) <br>) <br>) |
| Plaintiff, | ) C. A. No. <br>) |
| v. | ) <br>) ARBITRATION CASE |
| GEICO DIRECT, t/a GEICO<br>GENERAL INSURANCE COMPANY, | ) <br>) JURY TRIAL BY 12 DEMANDED<br>) |
| Defendant. | ) <br>) |

## PLAINTIFFS' RESPONSES TO REQUEST FOR PRODUCTION

1.      Photocopies of existing documenting evidence relating to special damages.

**RESPONSE:**  To be provided upon Answer to Complaint.

2.      In any case in which lost wages claimed, photocopies of pertinent portions of income tax returns of the plaintiff for the past three years.

**RESPONSE:**  To be provided upon Answer to Complaint.

/s/ Antonia S. Bevis #3379
Attorney for Plaintiff
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899

DATE: November 19, 2007

EXHIBIT B





**Matthew Denn**
Insurance Commissioner

Department of Insurance
841 Silver Lake Blvd.
Dover, DE 19904-2465
(302) 674-7300
(302) 739-5280 fax

*0166345509. 0101-022*
*J391*

DECEMBER 12, 2007

**VIA CERTIFIED MAIL (70070710000490622611)**
**RETURN RECEIPT REQUESTED**

NANCY PIERCE
GEICO GENERAL INSURANCE COMPANY
ONE GEIGO BLVD
FREDERICKSBURG, VA  22412

RE:  HARRY E. COUTZ, et. al. V. GEICO DIRECT, t/a GEICO GENERAL
INS. CO.
C.A. NO. 07C-11-145 SCD

Dear MS. PIERCE:

Pursuant to 18 Del. C. § 525, the Delaware Insurance Commissioner was
served with the enclosed legal process on DECEMBER 11, 2007.

**Please do not send your response to the enclosed documentation
to the Delaware Insurance Department.  Instead, you should
respond directly to the person or legal representative identified
in the enclosed legal process.**

Sincerely,

Georgia Oxford
Administrative Specialist II

Enclosure
cc: ANTONIA S. BEVIS

EFiled: Nov 19 2007 9:02  EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | ARBITRATION CASE |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | TRIAL BY JURY OF 12 |
| GENERAL INSURANCE COMPANY, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

P R A E C I P E

TO: PROTHONOTARY

PLEASE ISSUE SUMMONS to the Sheriff of Kent County for service of the Complaint and Form 30's upon the Defendant Geico General Insurance Company through the Delaware Insurance Commissioner, 841 Silver Lake Boulevard, Dover DE 19901, pursuant to 18 Del.C. §524.

/s/Antonia S. Bevis # 3379
Ferrara, Haley, Bevis & Collins
Attorney for Plaintiffs
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899

DATE: November 19, 2007

EFiled: Nov 19 2007  9:02 ...EST
Transaction ID 17287649
Case No. 07C-11-145 SCD
SUMMONS

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | SUMMONS |
| v. | ) | |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | |
| GENERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | | |

THE STATE OF DELAWARE,

TO THE SHERIFF OF KENT COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the

day of service, defendant shall serve upon Antonia S. Bevis, plaintiff's attorney, whose address is 1716 Wawaset Street, P. O.

Box 188, Wilmington, DE 19899, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of

defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by

plaintiff).

Dated:  11/27/07

SHARON AGNEW
Prothonotary
Per Deputy

## TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on

plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of

defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of

demand, if any).

SHARON AGNEW
Prothonotary
Per Deputy

Rev 2-91-1

**SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT**
**(CIS)**

EFiled: Nov 19 2007 8:02 PM EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

COUNTY: <u>N</u>  K  S        CIVIL ACTION NUMBER:
CIVIL CASE CODE: <u>CPIA      </u>      CIVIL CASE TYPE: <u>PERSONAL INJURY AUTO</u>

| CAPTION: | NAME AND STATUS OF PARTY FILING DOCUMENT: |
|---|---|
| <u>HARRY COUTZ and JENNIFER COUTZ, his wife,</u> | HARRY COUTZ and JENNIFER COUTZ., his wife, |
| _____ Plaintiffs, | PLAINTIFFS |
| _____ v. _____ | Document Type: (e.g., Complaint, Answer with Counterclaim) <u>COMPLAINT</u> |
| <u>GEICO DIRECT.</u> | Non-Arbitration ____      eFile (Certificate of Value may be required) |
| _____ Defendant. | Arbitration <u>X</u> Mediation__ Neutral Assessment Defendant (Circle One)  **ACCEPT  REJECT** |
| | JURY DEMAND  Yes <u>X</u>   No |
| | TRACK ASSIGNMENT REQUESTED: EXPEDITED   <u>STANDARD</u>   COMPLEX |
| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS |
| <u>ANTONIA S. BEVIS, ESQUIRE</u> | _____ |
| ATTORNEY ID(S): | _____ |
| <u>#3379</u> | _____ |
| FIRM NAME: | _____ |
| <u>Ferrara, Haley, Bevis & Collins</u> | EXPLAIN THE RELATIONSHIP(S):_____ |
| ADDRESS: | _____ |
| <u>1716 Wawaset Street</u> | _____ |
| <u>P. O. Box 188</u> <u>Wilmington, DE  19899-0188</u> | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:_____ |
| TELEPHONE NUMBER: | _____ |
| <u>302+656-7247</u> | (If Additional Space is needed, please attach pages) |
| FAX NUMBER: | |
| <u>302+656-8053</u> | |
| E-MAIL ADDRESS: <u>abevis@ferraralaw.net</u> | |

EFiled: Nov 19 2007 9:02AM EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | ARBITRATION CASE |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | TRIAL BY JURY OF 12 |
| GENERAL INSURANCE COMPANY, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

## C O M P L A I N T

### COUNT I

1.  Plaintiffs are residents of the State of Pennsylvania.

2.  Defendant Geico General Insurance Company is a corporation doing business in the State of Delaware and may be served by serving the Insurance Commissioner of the State of Delaware.

3.  On or about April 15, 2002, a vehicle operated by Plaintiff, Harry E. Coutz, was violently struck by a vehicle driven by Charles K. Hucks at Southbound I-495, 160 feet South of Terminal Avenue, Wilmington, Delaware.  Charles K. Hucks operated his vehicle in a careless manner while under the influence of alcohol.

4.  The vehicle driven by Charles K.Hucks was insured by Progressive Insurance Company of California with liability limits of $15,000.00.

5.  As a direct and proximate result of this automobile accident, Plaintiff, Harry E. Coutz sustained serious and permanent injuries, including, but not limited to injuries of his neck, back and shoulder.

6.  Progressive Insurance Company paid the limits of its policy on or about May 25, 2005.

7.  At the time of the above accident, Plaintiff Harry E. Coutz was operating his vehicle

which was insured by Defendant Geico General Insurance Company with underinsured motorist coverage pursuant to 18 Del. C. §3902.

8. This vehicle was a 1998 GMC Sierra and the Geico General Insurance Company policy number insuring said vehicle is 1B4-06-75.

9. The aforesaid Geico policy was in full force and effect on April 15, 2003 and at all times pertinent, relevant and/or material hereto.

10. The aforesaid Geico policy provided uninsured/underinsured motorist coverage in the amount of $100,000.00 per person and $300,000.00 per accident.

11. Pursuant to the terms of 18 Del. C. §3902 the vehicle operated by Plaintiff is considered underinsured.

12. The Plaintiff, by and through his attorney, has made a demand against Defendant Geico General Insurance Company for underinsured motorist benefits.

13. Defendant Geico General Insurance Company has wrongfully denied underinsured motorist coverage benefits to the Plaintiff.

14. Defendant's refusal to honor its insurance policy and pay the underinsured motorist coverage benefits to Plaintiff is unreasonable and in bad faith. Defendant as a result of its unreasonableness and bad faith and wanton conduct is liable to Plaintiff for punitive damages and consequential damages and attorney's fees.

## COUNT II

15. Plaintiff, Jennifer Coutz, incorporates paragraphs 1 though 14 of Count I herein.

16. As a direct result of Defendant's negligence as aforesaid, Plaintiff, Jennifer Coutz, wife, has been denied of the companionship, society and consortium of husband, to her great determent and loss.

**WHEREFORE,** Plaintiffs demands judgment against the Defendant for compensatory damages, punitive damages, attorney's fees and costs of this action.

Ferrara, Haley, Bevis & Collins

/s/Antonia S. Bevis #3379
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0579
Attorney for Plaintiffs

Date: November 19, 2007

EFiled: Nov 19 2007 9:02 ...EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | ARBITRATION CASE |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | TRIAL BY JURY OF 12 |
| GENERAL INSURANCE COMPANY, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' ANSWERS TO FORM 30 INTERROGATORIES

1.  Give the name and present or last known residential and employment address and
telephone number of each eyewitness to the incident which is subject of this litigation.

**ANSWER:**

(a)    Plantiff, Harry Coutz , 219 Burdan Drive, Leesport, PA 19533, (610) 926-1408

(b)    Defendant, GEICO Insurance Company

2.  Give the name and present or last known residential and employment address and
telephone number of each person who has knowledge of the facts relating to the
litigation.

**ANSWER:**

(a) See Answer to Interrogatory No. 1;

(b) Investigating Officer, Trooper First Class J. Lair, I.D. No. 3312, Delaware State Police,
Troop 6;

(c) Employees of the Law Firm of Michael R. Ippoliti, 824 N. Market Street, Ste. 412,

Wilmington, DE 19801 (302) 428-1400;

(d) Employees of the Law Firm of Antonia S. Bevis, 1716 Wawaset Street, P.O. Box 188,

Wilmington, DE 19899 (302) 656-7247;


(e) Dr. George Bohatiuk
    500 Christiana Medical Center
    Newark, DE 19702
    (302) 455-1007

(f) First State Orthopaedics
    Medical Arts Pavilion I
    4745 Ogletown-Stanton Rd.
    Newark, DE 19713-1338
    (302) 731-2888

(g) Dr. Roy Lerman, M.D., P.C.
    Maine Line Spine
    700 South Henderson Road,
    Suite 308C
    King of Prussia, PA 19406
    (610) 337-3111

(h) Newark Emergency Center
    P.O. Box 3012
    Wilmington, DE 19804

(i) Dr. Armar N. Gilati
    Raytel Medical Corporation
    (800) 367-1095

(j) Virginia M. Vesay, P.A.
    Schuylkill Valley Family Practice
    P.O. Box 754
    Centre & Wall Streets
    Leesport, P.A 19533
    (610) 926-5707

(k) Dr. Robert Gray
    204 South Street
    Elkton, MD 21921
    (410) 392-3311

(l) Laurie Harcrow, Claims Examiner
    GEICO Insurance Company

(m) Todd D. Bowers, Claims Representative
    Progressive Insurance Company

3.    Give the names of all persons who have been interviewed in connection with the

above litigation, including the names and present or last known residential and

employment addresses and telephone numbers of the persons who made said

interviews and the names and present or last known residential and employment

addresses and telephone numbers of person who have the original copies of the

interview.

**ANSWER:**    The plaintiffs have been interviewed by their former attorney, Michael R.

Ippoliti, Esquire; and current attorney Antonia S. Bevis, Esquire. However, the substance

of those conversations is protected from disclosure by the attorney client privilege and/or

work product immunity.

4.    Identify all photographs, diagrams, or other representations made in connection with

the matter in litigation, giving the name and present or last know residential and

employment address and telephone number of the person having the original and

copies thereof. (In lieu thereof, a copy can be attached).

**ANSWER:**    A diagram of the accident is contained in the State of Delaware Uniform

Traffic Collision Report, dated 4/15/02, prepared by Trooper First Class J. Laird.

5.    Give the name, professional address and telephone number of all expert witnesses

presently retained by the party together with the dates of any written opinions

prepared by the said expert. If an expert is not presently retained, describe by type

the experts whom the party expects to retain in connection with the litigation.

**ANSWER:** No experts have been formally retained at this time. However, it is expected that medical expert(s) will be retained in the future.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including;

      (a) The name and address of all companies insuring the risk;

      (b) The policy number(s);

      (c) The type of insurance;

      (d) The amounts of primary, secondary and excess coverage.

**ANSWER:**

1.     (a) GEICO Insurance Company;

      (b) Claim No.: 016634509 0101 022;

      (c) PIP;

      (d) $100,000.00/$300,000.00.

7. Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

    **ANSWER:**

Dr. George Bohatiuk
500 Christiana Medical Center
Newark, DE 19702
(302) 455-1007

Dr. Brent Noyes
First State Orthopedics
Medical Arts Pavilion I
4745 Ogletown-Stanton Road,

Suite 238
Newark, DE 19713-1338
(302) 731-2888
Dr. Roy Lerman, M.D., P.C.
Maine Line Spine
700 South Henderson Road,
Suite 308C
King of Prussia, PA 19406
(610) 337-3111

Newark Emergency Center
P.O. Box 3012
Wilmington, DE 19804

Dr. Armar N. Gilati
Raytel Medical Corporation
(800) 367-1095

Virginia M. Vesay, P.A.
Schuylkill Valley Family Practice
P.O. Box 754
Centre & Wall Streets
Leesport, P.A 19533
(610) 926-5707

Dr. Robert Gray
204 South Street
Elkton, MD 21921
(410) 392-3311

                                        /s/ Antonia S. Bevis #3379
                                        Ferrara, Haley, Bevis & Collins
                                        Attorney for Plaintiffs
                                        1716 Wawaset Street
                                        Wilmington, DE 19899

        DATE: November 19, 2007

EFiled: Nov 19 2007  9:02
Transaction ID 17287649
Case No. 07C-11-145 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife | ) <br>) <br>) |
| Plaintiff, | ) C. A. No.<br>) |
| v. | ) <br>) ARBITRATION CASE |
| GEICO DIRECT, t/a GEICO<br>GENERAL INSURANCE COMPANY, | ) <br>) JURY TRIAL BY 12 DEMANDED<br>) |
| Defendant. | ) <br>) |

## PLAINTIFFS' RESPONSES TO REQUEST FOR PRODUCTION

1. Photocopies of existing documenting evidence relating to special damages.

**RESPONSE:** To be provided upon Answer to Complaint.

2. In any case in which lost wages claimed, photocopies of pertinent portions of income tax returns of the plaintiff for the past three years.

**RESPONSE:** To be provided upon Answer to Complaint.

/s/ Antonia S. Bevis #3379
Attorney for Plaintiff
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899

DATE: November 19, 2007

EFiled: Nov 19 2007 9:02 EST
Transaction ID 17287649
Case No. 07C-11-145 SCD
SUMMONS

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

HARRY E. COUTZ, and          )
JENNIFER COUTZ, his wife     )
                             )
          Plaintiffs,        )          C.A. No.
     v.                      )          SUMMONS
                             )
GEICO DIRECT, t/a GEICO      )
GENERAL INSURANCE COMPANY,   )
                             )

Defendant.

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Antonia S. Bevis, plaintiff's attorney, whose address is 1716 Wawaset Street, P. O. Box 188, Wilmington, DE 19899, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 11/27/07

SHARON AGNEW
Prothonotary

Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary

Per Deputy

Rev 5-91-1

**SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT
(CIS)**

EFiled: Nov 19 2007 9:02...
Transaction ID 17287649
Case No. 07C-11-145 SCD

COUNTY: <u>N   K   S</u>   CIVIL ACTION NUMBER:
CIVIL CASE CODE: <u>CPIA</u>   CIVIL CASE TYPE: <u>PERSONAL INJURY AUTO</u>

| | |
|---|---|
| CAPTION: <br><br> <u>HARRY COUTZ and JENNIFER COUTZ, his wife,</u> <br><br> _____ Plaintiffs, <br><br> _____ v. <br><br> <u>GEICO DIRECT,</u> <br><br> _____ Defendant, | NAME AND STATUS OF PARTY FILING DOCUMENT: <br> HARRY COUTZ and JENNIFER COUTZ., his wife, <br><br> PLAINTIFFS <br><br> Document Type: (e.g., Complaint, Answer with Counterclaim) <br> <u>COMPLAINT</u> <br><br> Non-Arbitration ___    eFile <br> (Certificate of Value may be required) <br><br> Arbitration **X** Mediation __ Neutral Assessment <br> Defendant (Circle One) **ACCEPT   REJECT** <br><br> JURY DEMAND   Yes <u>X</u>   No <br><br> TRACK ASSIGNMENT REQUESTED: <br> EXPEDITED   <u>STANDARD</u>   COMPLEX |
| ATTORNEY NAME(S): <br><br> <u>ANTONIA S. BEVIS, ESQUIRE</u> <br><br> ATTORNEY ID(S): <br><br> <u>#3379</u> <br><br> FIRM NAME: <br><br> <u>Ferrara, Haley, Bevis & Collins</u> <br><br> ADDRESS: <br><br> <u>1716 Wawaset Street</u> <br><br> <u>P. O. Box 188</u> <br> <u>Wilmington, DE  19899-0188</u> <br><br> TELEPHONE NUMBER: <br><br> <u>302+656-7247</u> <br><br> FAX NUMBER: <br><br> <u>302+656-8053</u> <br><br> E-MAIL ADDRESS: <br> <u>abevis@ferraralaw.net</u> | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS <br><br> _____ <br> _____ <br> _____ <br> _____ <br><br> EXPLAIN THE <br> RELATIONSHIP(S): _____ <br> _____ <br> _____ <br><br> OTHER UNUSUAL ISSUES THAT AFFECT CASE <br> MANAGEMENT: _____ <br> _____ <br><br> (If Additional Space is needed, please attach pages) |

EFiled: Nov 19 2007 9:02AM EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | **ARBITRATION CASE** |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | **TRIAL BY JURY OF 12** |
| GENERAL INSURANCE COMPANY, | ) | **DEMANDED** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### COUNT I

1. Plaintiffs are residents of the State of Pennsylvania.

2. Defendant Geico General Insurance Company is a corporation doing business in the State of Delaware and may be served by serving the Insurance Commissioner of the State of Delaware.

3. On or about April 15, 2002, a vehicle operated by Plaintiff, Harry E. Coutz, was violently struck by a vehicle driven by Charles K. Hucks at Southbound I-495, 160 feet South of Terminal Avenue, Wilmington, Delaware. Charles K. Hucks operated his vehicle in a careless manner while under the influence of alcohol.

4. The vehicle driven by Charles K. Hucks was insured by Progressive Insurance Company of California with liability limits of $15,000.00.

5. As a direct and proximate result of this automobile accident, Plaintiff, Harry E. Coutz sustained serious and permanent injuries, including, but not limited to injuries of his neck, back and shoulder.

6. Progressive Insurance Company paid the limits of its policy on or about May 25, 2005.

7. At the time of the above accident, Plaintiff Harry E. Coutz was operating his vehicle

which was insured by Defendant Geico General Insurance Company with underinsured motorist coverage pursuant to 18 Del. C. §3902.

8.  This vehicle was a 1998 GMC Sierra and the Geico General Insurance Company policy number insuring said vehicle is 1B4-06-75.

9.  The aforesaid Geico policy was in full force and effect on April 15, 2003 and at all times pertinent, relevant and/or material hereto.

10.  The aforesaid Geico policy provided uninsured/underinsured motorist coverage in the amount of $100,000.00 per person and $300,000.00 per accident.

11.  Pursuant to the terms of 18 Del. C. §3902 the vehicle operated by Plaintiff is considered underinsured.

12.  The Plaintiff, by and through his attorney, has made a demand against Defendant Geico General Insurance Company for underinsured motorist benefits.

13.  Defendant Geico General Insurance Company has wrongfully denied underinsured motorist coverage benefits to the Plaintiff.

14.  Defendant's refusal to honor its insurance policy and pay the underinsured motorist coverage benefits to Plaintiff is unreasonable and in bad faith. Defendant as a result of its unreasonableness and bad faith and wanton conduct is liable to Plaintiff for punitive damages and consequential damages and attorney's fees.

## COUNT II

15.  Plaintiff, Jennifer Coutz, incorporates paragraphs 1 though 14 of Count I herein.

16.  As a direct result of Defendant's negligence as aforesaid, Plaintiff, Jennifer Coutz, wife, has been denied of the companionship, society and consortium of husband, to her great determent and loss.

**WHEREFORE**, Plaintiffs demands judgment against the Defendant for compensatory damages, punitive damages, attorney's fees and costs of this action.

Ferrara, Haley, Bevis & Collins

/s/Antonia S. Bevis #3379
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0579
Attorney for Plaintiffs

Date: November 19, 2007

EFiled: Nov 19 2007 9:02AM EST
Transaction ID 17287649
Case No. 07C-11-145 SCD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and | ) | |
| JENNIFER COUTZ, his wife | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. |
| | ) | |
| v. | ) | **ARBITRATION CASE** |
| | ) | |
| GEICO DIRECT, t/a GEICO | ) | **TRIAL BY JURY OF 12** |
| GENERAL INSURANCE COMPANY, | ) | **DEMANDED** |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' ANSWERS TO FORM 30 INTERROGATORIES

1.  Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is subject of this litigation.

**ANSWER:**

(a)   Plantiff, Harry Coutz , 219 Burdan Drive, Leesport, PA 19533, (610) 926-1408

(b)   Defendant, GEICO Insurance Company

2.  Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

**ANSWER:**

(a) See Answer to Interrogatory No. 1;

(b) Investigating Officer, Trooper First Class J. Lair, I.D. No. 3312, Delaware State Police, Troop 6;

(c) Employees of the Law Firm of Michael R. Ippoliti, 824 N. Market Street, Ste. 412,

Wilmington, DE 19801 (302) 428-1400;

(d) Employees of the Law Firm of Antonia S. Bevis, 1716 Wawaset Street, P.O. Box 188,

Wilmington, DE 19899 (302) 656-7247;

(e) Dr. George Bohatiuk
500 Christiana Medical Center
Newark, DE 19702
(302) 455-1007

(f) First State Orthopaedics
Medical Arts Pavilion I
4745 Ogletown-Stanton Rd.
Newark, DE 19713-1338
(302) 731-2888

(g) Dr. Roy Lerman, M.D., P.C.
Maine Line Spine
700 South Henderson Road,
Suite 308C
King of Prussia, PA 19406
(610) 337-3111

(h) Newark Emergency Center
P.O. Box 3012
Wilmington, DE 19804

(i) Dr. Armar N. Gilati
Raytel Medical Corporation
(800) 367-1095

(j) Virginia M. Vesay, P.A.
Schuylkill Valley Family Practice
P.O. Box 754
Centre & Wall Streets
Leesport, P.A 19533
(610) 926-5707

(k) Dr. Robert Gray
204 South Street
Elkton, MD 21921
(410) 392-3311

(l) Laurie Harcrow, Claims Examiner
    GEICO Insurance Company

(m) Todd D. Bowers, Claims Representative
    Progressive Insurance Company

3.  Give the names of all persons who have been interviewed in connection with the
    above litigation, including the names and present or last known residential and
    employment addresses and telephone numbers of the persons who made said
    interviews and the names and present or last known residential and employment
    addresses and telephone numbers of person who have the original copies of the
    interview.

**ANSWER:**  The plaintiffs have been interviewed by their former attorney, Michael R.
Ippoliti, Esquire; and current attorney Antonia S. Bevis, Esquire. However, the substance
of those conversations is protected from disclosure by the attorney client privilege and/or
work product immunity.

4.  Identify all photographs, diagrams, or other representations made in connection with
    the matter in litigation, giving the name and present or last know residential and
    employment address and telephone number of the person having the original and
    copies thereof. (In lieu thereof, a copy can be attached).

**ANSWER:**  A diagram of the accident is contained in the State of Delaware Uniform
Traffic Collision Report, dated 4/15/02, prepared by Trooper First Class J. Laird.

5.  Give the name, professional address and telephone number of all expert witnesses
    presently retained by the party together with the dates of any written opinions
    prepared by the said expert. If an expert is not presently retained, describe by type
    the experts whom the party expects to retain in connection with the litigation.

**ANSWER:**    No experts have been formally retained at this time. However, it is

expected that medical expert(s) will be retained in the future.

6.    Give a brief description of any insurance policy, including excess coverage, that is

   or may be applicable to the litigation, including;

      (a) The name and address of all companies insuring the risk;

      (b) The policy number(s);

      (c) The type of insurance;

      (d) The amounts of primary, secondary and excess coverage.

**ANSWER:**

1.       (a)  GEICO Insurance Company;

      (b) Claim No.: 016634509 0101 022;

      (c) PIP;

      (d) $100,000.00/$300,000.00.

7.       Give the name, professional address, and telephone number of all physicians,

chiropractors, psychologists, and physical therapists who have examined or treated you at any

time during the ten year period immediately prior to the date of the incident at issue in this

litigation.

   **ANSWER:**

   Dr. George Bobatiuk
   500 Christiana Medical Center
   Newark, DE 19702
   (302) 455-1007

   Dr. Brent Noyes
   First State Orthopedics
   Medical Arts Pavilion I
   4745 Ogletown-Stanton Road,

Suite 238
Newark, DE 19713-1338
(302) 731-2888
Dr. Roy Lerman, M.D., P.C.
Maine Line Spine
700 South Henderson Road,
Suite 308C
King of Prussia, PA 19406
(610) 337-3111

Newark Emergency Center
P.O. Box 3012
Wilmington, DE 19804

Dr. Armar N. Gilati
Raytel Medical Corporation
(800) 367-1095

Virginia M. Vesay, P.A.
Schuylkill Valley Family Practice
P.O. Box 754
Centre & Wall Streets
Leesport, P.A 19533
(610) 926-5707

Dr. Robert Gray
204 South Street
Elkton, MD 21921
(410) 392-3311

/s/ Antonia S. Bevis #3379
Ferrara, Haley, Bevis & Collins
Attorney for Plaintiffs
1716 Wawaset Street
Wilmington, DE 19899

DATE: November 19, 2007

EFiled: Nov 19 2007 9:02
Transaction ID 17287649
Case No. 07C-11-145 SCD



# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife | )<br>)<br>) |
| Plaintiff, | ) C. A. No. |
| v. | )<br>) |
| GEICO DIRECT, t/a GEICO<br>GENERAL INSURANCE COMPANY, | ) ARBITRATION CASE<br>)<br>) JURY TRIAL BY 12 DEMANDED |
| Defendant. | )<br>)<br>) |

## PLAINTIFFS' RESPONSES TO REQUEST FOR PRODUCTION

      1.     Photocopies of existing documenting evidence relating to special damages.

**RESPONSE:** To be provided upon Answer to Complaint.

      2.     In any case in which lost wages claimed, photocopies of pertinent portions of income tax returns of the plaintiff for the past three years.

**RESPONSE:** To be provided upon Answer to Complaint.

 

                         /s/ Antonia S. Bevis #3379
                         Attorney for Plaintiff
                         1716 Wawaset Street
                         P. O. Box 188
                         Wilmington, DE 19899

DATE: November 19, 2007

# GEICO
## Auto Claims
## One GEICO Blvd.
## Fredericksburg, Va.22412
## Geico.com
## Fax Cover Sheet

**To:** Michael G.

**Fax#:**

**From:** Jace Todd

**Phone:** 1.800 841 1003 X(38)

# Of pages (including cover sheet):_____

If you do not receive the full transmission of this fax, or if any portion is illegible, please call extension#____

Comments:

EFiled: Jan 8 2008 5:05P
Transaction ID 17948227
Case No. 07C-11-145 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HARRY E. COUTZ, and JENNIFER COUTZ | ) | C. A. NO.: 07C-11-145 SCD |
| | ) | |
| Plaintiffs | ) | |
| | ) | ARBITRATION CASE |
| v. | ) | |
| | ) | |
| GEICO DIRECT, t/a GEICO GENERAL | ) | |
| INSURANCE COMPANY | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this 8th day of January, 2008, I electronically filed this Entry of

Appearance with respect to GEICO Direct t/a GEICO General Insurance Company, with the Clerk of

the Court using Lexis/Nexis File and Serve which will send notification of such filing(s) to the

following:

Antonia A. Bevis, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899-0188

SWARTZ CAMPBELL LLC

*/s/Nicholas E. Skiles, Esquire*

Nicholas E. Skiles, Esquire (DE ID #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
Attorneys for Defendant GEICO Direct t/a
GEICO General Insurance Company

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Harry E. Coutz, and Jennifer Coutz, his wife,

### DEFENDANTS
GEICO Direct, t/a GEICO General Insurance Company

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Ferrara, Haley, Bevis + Collins
1716 Wawaset St., P.O. Box 188, Wilmington, DE 19899

Attorneys (If Known)
Swartz Campbell LLC
P.O. Box 330, Wilmington DE 19899

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☒ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §1441
Brief description of cause: Breach of Insurance Contract for Underinsured Motorist Coverage

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 1/15/08
SIGNATURE OF ATTORNEY OF RECORD  William B. Latham

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____