IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife,<br><br>        Plaintiffs,<br>v.<br><br>GEICO DIRECT, t/a GEICO GENERAL<br>INSURANCE COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 08-CV-33 JJF |

### DEFENDANT'S ANSWER TO THE COMPLAINT

COMES NOW, the Defendant, GEICO Direct, t/a GEICO General Insurance Company (hereinafter "Defendant"), by and through its undersigned counsel, and hereby Answers the Complaint as follows:

### COUNT I

1. Upon information and belief, admitted.

2. Upon information and belief, admitted.

3. Answering Defendant is without sufficient knowledge or information to either admit or deny the averments of this paragraph

4. Answering Defendant is without sufficient knowledge or information to either admit or deny the averments of this paragraph.

5. Denied.

6. Answering Defendant is without sufficient knowledge or information to either admit or deny the averments of this paragraph.

7. Admitted upon information and belief that Answering Defendant had a policy of

1

insurance covering the vehicle being operated by Plaintiff Harry E. Coutz. The remainder of the averments in this paragraph are denied.

8. Upon information and belief admitted.

9. Admitted upon information and belief that the aforementioned policy was in effect at the time of the motor vehicle collision described in paragraph 3 of the Complaint. The remainder of the averments in this paragraph are denied.

10. Upon information and belief admitted.

11. The averments of this paragraph are conclusions of law to which no response is required.

12. Answering Defendant is without sufficient knowledge or information to admit or deny the averments of this paragraph.

13. Denied.

14. Denied.

## COUNT II

15. Answering Defendant incorporates its responses to paragraphs 1 through 14 as if fully set forth herein.

16. Denied.

WHEREFORE, the Defendant, GEICO Direct, t/a GEICO General Insurance Company, denies all liability and demands judgment in its favor, plus the costs of this action.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

2

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' cause of action is barred or limited by the Delaware Comparative Negligence Statute, 10 Del. C. §8132.

## THIRD AFFIRMATIVE DEFENSE

The accident was unavoidable.

## FOURTH AFFIRMATIVE DEFENSE

The claim asserted by plaintiffs was proximately caused by an intervening and superseding cause.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' damages were proximately caused by a pre-existing condition and were not the proximate result of the relevant motor vehicle accident.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint fails to set forth a proper claim for underinsured motorist benefits pursuant to 18 *Del. C.* § 3902 and/or *MD. CODE ANN.*, [Insurance] § 19-509, *et seq.*

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to comply with the prerequisites for presenting an underinsured motorist benefits claim to Defendant under *MD. CODE ANN.*, [Insurance] § 19-511.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint is barred by the applicable statute of limitations.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs failed to comply with the prerequisites for presenting a bad faith claim against Defendant under *MD. CODE ANN.*, [Insurance] § 27-1001.

SWARTZ CAMPBELL LLC
ATTORNEYS AT LAW

                                                SWARTZ CAMPBELL LLC

                                                _____
                                                Nicholas E. Skiles, Esquire (ID No. 3777)
                                                Michael B. Galbraith, Esquire (ID No. 4860)
                                                300 Delaware Avenue, Suite 1130
                                                P.O. Box 330
                                                Wilmington, DE 19899
                                                (302) 656-5935
                                                Attorneys for Defendant GEICO Direct, t/a
                                                GEICO General Insurance Company

Dated: April 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife,<br><br>Plaintiffs,<br>v.<br><br>GEICO DIRECT, t/a GEICO GENERAL<br>INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION No. 08-CV-33 JJF |

## CERTIFICATE OF SERVICE

I, Nicholas E. Skiles, Esquire, hereby certify that on this 1st day of April, 2008, I sent two (2) copies of the foregoing Defendant's Answer to the Complaint via U.S. Mail, postage prepaid to the following counsel of record:

Antonia A. Bevis, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188

SWARTZ CAMPBELL LLC

_____
Nicholas E. Skiles, Esquire (ID No. 3777)
Michael B. Galbraith, Esquire (ID No. 4860)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendant GEICO Direct, t/a
GEICO General Insurance Company

5