IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, his wife,<br><br>      Plaintiffs,<br>v.<br><br>GEICO DIRECT, t/a GEICO GENERAL<br>INSURANCE COMPANY,<br><br>      Defendant. | CIVIL ACTION No. 1:08-cv-33-JJF |

**DEFENDANT'S NOTICE OF MOTION TO TRANSFER VENUE**

**PLEASE TAKE NOTICE** that the attached Defendant's Motion to Transfer Venue will be heard before the Court on Friday, July 11, 2008 at 2:00 p.m.

SWARTZ CAMPBELL LLC

Nicholas E. Skiles, Esquire (I.D. 3777)
Michael B. Galbraith, Esquire (I.D. 4860)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
nskiles@swartzcampbell.com
Attorneys for Defendant GEICO Direct, t/a
GEICO General Insurance Company

Dated: June 5, 2008

1