**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION No. 1:08-cv-33-JJF |
| v. | )<br>)<br>) | |
| GEICO DIRECT, t/a GEICO<br>GENERAL INSURANCE COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

### NOTICE OF PLAINTIFF'S OPPOSITION TO
### MOTION TO TRANSFER VENUE

TO:  Nicholas E. Skiles, Esquire
     Michael B. Galbraith, Esquire
     300 Delaware Avenue, Suite 1130
     P.O. Box 330
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the attached Plaintiff's Opposition to Motion to Transfer Venue will be presented to the Court on Thursday, July 11, 2008 at 2:00 p.m.

*Antonia S. Bevis*
Antonia S. Bevis
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
(302) 656-7247
Attorney for Plaintiff

Dated: 7/7/08

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ,<br><br>      Plaintiffs,<br><br>v.<br><br>GEICO DIRECT, t/a GEICO<br>GENERAL INSURANCE COMPANY,<br><br>      Defendant. | CIVIL ACTION No. 1:08-cv-33-JJF |

### PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE

Plaintiff Harry E. Coutz hereby opposes the Motion to Transfer Venue before the court. In support of his opposition to the motion, he states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Plaintiffs are unable to admit or deny this allegation as Plaintiffs are unaware of who Defendant plans to call as witnesses.

11. Denied. GEICO has defended numerous claims in the State of Delaware in the

past and will continue to do so in the future.

    12.    Admitted, as will the United States District Court of Delaware.

    13.    Denied.  Plaintiff will have to seek counsel in the State of Maryland if this matter is transferred from Delaware.

**WHEREFORE,** for the foregoing reasons, the Plaintiff, Harry E. Coutz, respectfully requests that the Defendant's Motion to Transfer Venue be DENIED.

*[signature: Antonia S. Bevis]*
Antonia S. Bevis #3379
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188
(302) 656-7247
Attorney for Plaintiffs

Dated: 7/7/08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY E. COUTZ, and<br>JENNIFER COUTZ,<br><br>      Plaintiffs,<br><br>v.<br><br>GEICO DIRECT, t/a GEICO<br>GENERAL INSURANCE COMPANY,<br><br>      Defendant. | CIVIL ACTION No. 1:08-cv-33-JJF |

### ORDER

AND NOW, to wit, this _____ day of _____, 2008, after consideration of Defendant's Motion to Transfer Venue and Plaintiff's Opposition thereto,

IT IS HEREBY ORDERED that the Motion to Transfer Venue is DENIED.

_____

J.

## CERTIFICATE OF SERVICE

I, Antonia S. Bevis, Esquire, hereby certify that on this 1st day of July 2008, two copies of the foregoing Plaintiffs' Opposition to Defendant's Motion to Transfer Venue were hand delivered to the following:

>Nicholas E. Skiles, Esquire
>Michael B. Galbraith, Esquire
>300 Delaware Avenue, Suite 1130
>P.O. Box 330
>Wilmington, DE  19899

>Antonia S. Bevis
>1716 Wawaset Street
>P.O. Box 188
>Wilmington, DE  19899-0188
>Attorney for Plaintiffs